# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DEBRA HAND,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | CASE NO. C11-5297 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura. Dkt. 14. The Magistrate Judge recommends that the Commissioner's decision to deny supplemental security income benefits be reversed and this matter remanded for further administrative proceedings. *Id*. No objections have been filed to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and

**ORDER:**

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 1

(1) The Court adopts the Report and Recommendation.

(2) The matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

(3) **JUDGMENT** is for Plaintiff and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 26th day of March, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge